980 A.2d 32

Gerald WATERS, Petitioner

v.

Lynne M. ABRAHAM, Renee Cardwell Hughes, Court of Common Pleas Philadelphia County CP–51–CR–0308691–2006, Louis Folino, Respondents.

No. 95 EM 2009.

Supreme Court of Pennsylvania.

Aug. 12, 2009.

## ORDER

PER CURIAM.

AND NOW, this 12th day of August, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.